# Third District Court of Appeal

## State of Florida

Opinion filed May 17, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1206
Lower Tribunal No. 12-42427
_____


**Jessica Hagan,**
Appellant,

vs.

**Scott M. Chisholm,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Jose M. Rodriguez, Judge.

The Hall Law Firm, P.A., and Adam S. Hall and Roarke Maxwell, for appellant.

Black Srebnick, P.A., and Donald J. Hodson, for appellee.


Before SCALES, HENDON and LOBREE, JJ.

PER CURIAM.

Affirmed.